OPINION — AG — ** JURISDICTION — SEPARATION OF AGENCY RESPONSIBILITY ** THE 1949 ACT RELATING TO FLUID MILK AND VESTING CERTAIN POWERS IN CONNECTION THEREWITH IN THE STATE DEPARTMENT OF HEALTH AND THE STATE COMMISSIONER OF HEALTH SHOULD 'NOT' BE TREATED AS BEING IN VIOLATION OF ARTICLE VI, SECTION 31 (DIARY INDUSTRY, MILK, DEPARTMENT OF AGRICULTURE, FLUID MARKET MILK) CITE: 63 O.S. 295.1 [63-295.1], 63 O.S. 295.6 [63-295.6] (QUARANTINE REGULATIONS, ANIMALS) (J. H. JOHNSON)